```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION


BRUCE A. ROATH,                )
                               )
            Plaintiff,         )
                               )
      v.                       )     No. 4:06CV423(AGF)
                               )
FRANK A. JUNG,                 )
                               )
            Defendant.         )
```

## ORDER OF DISMISSAL
## PURSUANT TO
## 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this  26th  day of May, 2006.


                          /s/Donald J. Stohr
                          UNITED STATES DISTRICT JUDGE